YTSÍCTMENT. Sir. Hsro'kon, as the attorney for Mr, íAuue oí W.ltc',".Tfton, fcsd tafcsft & note from Mwvey ?.«>■!' *289 .- o ;* Líe ío J'jlsrj J< '¡>*‘<!'.oa, r-Uona-y, 'N;:, ,-m! b./I '■ adoro I>.:--rra „ It w.ü r.rlv<«,'vtííí dial tbí'i no-r: w?' (ií-y(;bk in iue í/-s, i;'.! i ihc? w>r<i y :arr. had h<7n cb.m'-? a out, anadie !»scHcd in its c-'í.i I; and tbat -?;i acal.ni h?.d bees» j va \'í<í nf-j-jsa cf D,\ine, aaolrtif.s, ayamsí Horsey a:sd r .)«!■',./ ciHií't fcoforo the wo years <*a¡.'u»J ; shas í-v,. ■■ yívea nyritKE. ídem thereon ; tbaí vh.-y appealed, vi:-; d.-a a L'iew ¿c^d'.u-íf'j,? ha d ween iiv¿avü tor tick's 'A o Lo, liad T'1' i: a b.) 77 • í v, V>bÍUí W?3 nebí :¡, Oil SpO .',r; i,'.-,. ’ '• í'.-v/d-f í',muolí wí-2 tentup by üso u.i’.ij'.y cc¡.iL-(s -....es í-y J' •-< Lvi: oí; tide court; ibat ü'c juay w>.i'; h», í-vs .'a’U?i; ,1;., ;;v C.ecaus'í; íhti. rfamijuvs-sais v - i alineas, carore he wss ooí xah. mu. 'L No vivas h: • 1 "• i fí.vjiu1/, coa 'Le; pcijuí y asi-mueb iu Lúa:\¿\c,í í:c zacj ívj.,.;', ’ü!:s; ¡i- ípai, Junes and Narvey was t.fí’_-c-ti v. .‘o u.i Ua.í.rlN.:;'iL;; nu\c, ano' vas objected aLa¿ Choy viv. & ■ i'.u¡> .'í\.-tí ; íor k their f.v’..Ri;ca s’ica^il!. cauce a corvir-ticnis ¡i L uda.it would be te. -.L d Incompetent to be a v/is~ , v/iKii vha c.lv’L :v 7--a dat.ulc r.ga'.aevae onto wu-'.- ii -ijii'i y&: ih*p..'CiLuy, aiai aírer much rtypiuninT, b1; j'c.Yuyí v.va oí cpbilob Cm c’Jeuksi was a pood cat, a-td : .i i'.r’ít íeSíiElínna In-atc';., íi.tdiaiOi.y wat Lr.j.aobes&u ÍOí" . Ll'¡.Lidi/m, and ivy.cted ¡ai’ tiso aav.ae reason ; rr.aeíjy L¡e» 1>„ v/a.s itUm-c^v-.d la protíur bbo íntiocence oí ívíu i-L.tsdk • ¡.i',.,that lis í ctionof Bdr. D;-a.v ,.(}s:Ysí, .■; y rur.í ¿oaer. Y'^r/ki, t:eL ymb.yo